UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANTOS GUZMAN,<br><br>Defendant | Criminal No.  21cr10364<br><br>Violation:<br><br>Count One: Unlawful Reentry of Deported Alien<br>(8 U.S.C. § 1326) |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

The Grand Jury charges that:

On or about November 24, 2021, in Lawrence, in the District of Massachusetts, the defendant,

SANTOS GUZMAN,

being an alien and having been excluded, removed, and deported from the United States on or about January 7, 2020, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2), and Title 6, United States Code, Sections 202(3) and (4), and 557.

1

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
SUZANNE SULLIVAN JACOBUS
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: DECEMBER 16, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, signed at 1:59pm
DEPUTY CLERK

2